IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JO ANN CHAMPION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:94cv1553-D |
| ) | (WO) |
| CENTRAL ALABAMA ELECTRIC ) | |
| COOPERATIVE, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby

ENTERED in favor of Defendants and against Plaintiff and that Plaintiff nothing by her

said suit.

DONE this 6th day of October, 2005.

                                            /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dockets.Justia.com